UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                    CASE NO. 2:21-CR-20009-002

CECILIA BENAVIDES GALLEGOS                                                              DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 57) entered in this case and accepts Defendant's plea of guilty to Count 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 26th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES III
U.S. DISTRICT JUDGE